No. 4985.—DR. GARCÍA DE QUEVEDO, apldo., *v.* MORALES ET AL., apltes.—C. D. Mayagüez. Cobro de dinero. Marzo 31, 1930.

No. 4949.—NITRATE AGENCIES Co., aplda., *v.* MUÑOZ DÍAZ, aplte.—C. D. San Juan. Cobro de dinero. Marzo 31, 1930.

No. 4864.—TORRES, peticionario-aplte., *v.* CORTE DE PAZ DE SANTA ISABEL, ETC., aplda.—C. D. Guayama. *Certiorari.* Marzo 31, 1930.

No. 4865.—MARTÍNEZ, peticionario-aplte., *v.* CORTE DE PAZ DE SANTA ISABEL, ETC., aplda.—C. D. Guayama. *Certiorari.* Marzo 31, 1930.

No. 4863.—BLANCO, peticionario-aplte., *v.* CORTE DE PAZ DE SANTA ISABEL, ETC., aplda.—C. D. Guayama. *Certiorari.* Marzo 31, 1930.

No. 4876.—VIEJO & RODRÍGUEZ, aplte., *v.* MONTAÑEZ, apldo. —C. D. San Juan.—Confesoria de servidumbre, etc. Marzo 31, 1930.

No. 4811.—HERNÁNDEZ MENA, apldo., *v.* OCASIO, aplte.—C. D. San Juan. Cobro de dinero. Marzo 31, 1930.

No. 4886.—CASTRO, ETC., apldo., *v.* BOLÍVAR, aplte.—C. D. San Juan. Daños y Perjuicios. Mayo 19, 1930.

No. 4878.—MORALES, ET ALS., apltes., *v.* URRUTIA, MÁRSHAL, ET ALS., apldos. C. D. San Juan. *Injunction.* Mayo 19, 1930.

No. 4764.—RIVERA ET ALS., apltes., *v.* LA CORTE MUNICIPAL DE GUAYAMA, ETC., apldos.—C. D. Guayama. *Certiorari.* Mayo 19, 1930.

No. 4709.—ASAMBLEA MUNICIPAL DE RÍO GRANDE, ETC., aplda., *v.* RODRÍGUEZ, ALCALDE, aplte.—Apelación contra resolución de la Asamblea Municipal de Río Grande. Procedimiento de *impeachment.* Mayo 19, 1930.